IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERS EDGE LIVING, LLC,
a Florida Limited Liability Company;
and WATERS EDGE JW, LLC,
a Florida Limited Liability Company,

        Plaintiffs,

vs.                                      CASE NO.: 4:08cv69-SPM/WCS

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,

        Defendant.
_____/

## ORDER DENYING MOTION TO REASSIGN

This cause comes before the Court upon Defendant Westchester Surplus Lines Insurance Company's Motion to Reassign (doc. 22) and Plaintiffs' Response to Defendant's Motion to Reassign (doc. 26). Because it does not appear that reassignment will result in consolidation for discovery or consolidation to address common questions of law or fact, it is

ORDERED AND ADJUDGED that the motion to reassign (doc. 22) is denied.

DONE AND ORDERED this 10th day of October, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge