IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERS EDGE LIVING, LLC,
a Florida Limited Liability Company;
and WATERS EDGE JW, LLC,
a Florida Limited Liability Company,
      Plaintiffs,

v.                                    CASE NO.: 4:08cv69-SPM/WCS

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,
      Defendant.
_____/

**ORDER ALLOWING COUNSEL TO HAVE
ELECTRONIC CALENDAR DEVICES IN COURTROOM**

      This cause comes before the Court on Defendant's Motion to Allow its Counsel to Take Electronic Equipment to Pre-trial Conference on March 2, 2009 (doc. 64). Because it may be necessary for counsel to have access to their calendars during the pretrial conference, and these calendars may be contained on electronic devices (laptops, cellular telephones, Blackberries, etc.), it is

      ORDERED AND ADJUDGED:

      1.    The motion (doc. 64) is granted.

      2.    The equipment is limited to use in the courtroom during the pretrial conference to facilitate scheduling.

      DONE AND ORDERED this 20th day of February, 2009.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge