IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERS EDGE LIVING, LLC,
a Florida Limited Liability Company;
and WATERS EDGE JW, LLC,
a Florida Limited Liability Company,
      Plaintiffs,

v.                                  CASE NO.: 4:08cv69-SPM/WCS

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,
      Defendant.
_____/

## ORDER GRANTING LIMITED STAY

This cause comes before the Court on Westchester Surplus Lines Insurance Company's Motion to Stay (doc. 66). The Court finds that a limited stay of the pretrial conference and trial in this case is warranted because the summary judgment motions remain pending and a continuance of the trial date is likely given the Court's criminal trial docket. Plaintiff shall have an opportunity to respond to the Defendant's broader request for a stay of all further proceedings, including a ruling on the pending summary judgment motions, pending appeal in Waters Edge Living, LLC v. RSUI Indemnity Co., No 09-14847-GG, United

States Court of Appeals for the Eleventh Circuit.  Accordingly, it is

ORDERED AND ADJUDGED:

1.	The motion to stay (doc. 66) is granted, but limited to the pretrial conference scheduled for March 2 and trial scheduled for March 23.

2.	Plaintiffs shall have up to and including March 9, 2009, to respond to Defendant's broader request to stay.

DONE AND ORDERED this 25th day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge