IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERS EDGE LIVING, LLC,
a Florida Limited Liability Company;
and WATERS EDGE JW, LLC,
a Florida Limited Liability Company,

       Plaintiffs,

vs.                              CASE NO.: 4:08cv69-SPM/WCS

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,

       Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE REPLY BRIEF

Upon consideration, Defendant Westchester Surplus Lines Insurance Company's Motion for Leave to File a Reply Brief in Support of Its Motion for Summary Judgment (doc. 61) is granted.  Westchester shall have up to and including April 13, 2009, to file a reply that shall not exceed ten pages.  Plaintiffs may, if desired, file a sur-reply, not to exceed ten pages, on or before April 20, 2009.

SO ORDERED this 6th day of April, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge