IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERS EDGE LIVING, LLC,
a Florida Limited Liability Company;
and WATERS EDGE JW, LLC,
a Florida Limited Liability Company,

      Plaintiffs,

vs.                                CASE NO.: 4:08cv69-SPM/WCS

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,

      Defendant.

_____/

**ORDER GRANTING CLARIFICATION, ACCEPTING REPLY
AND GRANTING LEAVE TO FILE SUR-REPLY**

Upon consideration of Plaintiffs' motion for clarification (doc. 77) and revised motion for leave to file reply (doc. 60), it is

ORDERED AND ADJUDGED:

1. The motion for clarification (doc. 77) and revised motion for leave to file reply (doc. 60) are granted.

2. The clerk shall file Plaintiffs' reply memorandum (doc. 60-2).

3. Defendant may, if desired, file a sur-reply, not to exceed ten pages, on or before April 22, 2009.

SO ORDERED this 15th day of April, 2009.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge