IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERS EDGE LIVING, LLC,
a Florida Limited Liability Company;
and WATERS EDGE JW, LLC,
a Florida Limited Liability Company,
      Plaintiffs,

v.                                      CASE NO.: 4:08cv69-SPM/WCS

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,
      Defendant.
_____/

## ORDER DENYING TAXATION OF COSTS

This cause comes before the Court on Westchester Surplus Lines Insurance Company's Bill of Costs (doc. 95) and brief in support thereof (doc. 96). Because the Court has vacated the judgment pursuant to which these costs were sought, it is

ORDERED AND ADJUDGED:

1.      The Bill of Costs is denied.

2.      The denial is without prejudice to the prevailing party's opportunity to seek taxation of costs after the entry of final judgment in accordance with

Northern District of Florida Local Rule 54.2.

DONE AND ORDERED this 8th day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge